# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AURELIUS CAPITAL MASTER, LTD.,

                 Plaintiff,

   -against-                                        19 **CIVIL** 351 (LAP)

THE REPUBLIC OF ARGENTINA,

                 Defendant.

-----------------------------------------------------------------X

NOVORIVER S.A.,

                 Plaintiff,                     19 **CIVIL** 9786 (LAP)

   -against-                                      **JUDGMENT**

ARGENTINE REPUBLIC,

                 Defendant.

-----------------------------------------------------------------X

ACP MASTER, LTD.,

                 Plaintiff,

   -against-                                        19 **CIVIL** 10109 (LAP)

THE REPUBLIC OF ARGENTINA,

                 Defendant.

-----------------------------------------------------------------X

683 CAPITAL PARTNERS, LP,

                 Plaintiff,

   -against-                                        19 **CIVIL** 10131 (LAP)

THE REPUBLIC OF ARGENTINA,

                 Defendant.

-----------------------------------------------------------------X

```
-------------------------------------------------------------------X
ADONA LLC, et al.,

                          Plaintiffs,

       -against-                                          19 CIVIL 11338 (LAP)

THE REPUBLIC OF ARGENTINA,

                          Defendant.
-------------------------------------------------------------------X
APE GROUP SPA, et al.,

                          Plaintiffs,

       -against-                                          20 CIVIL 10409 (LAP)

THE REPUBLIC OF ARGENTINA,

                          Defendant.
-------------------------------------------------------------------X
```

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2024, the Republic's motion for summary judgment [dkt. no. 132] is GRANTED, and Plaintiffs' cross-motion for summary judgment [dkt. no. 142] is DENIED. The Republic's letter motion for oral argument [dkt. no. 150] is DENIED as moot. Judgment is entered for the Republic; accordingly, the cases are closed.

**Dated:** New York, New York
March 31, 2024

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**